# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN M. CELESTINE,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE,<br><br>    Respondent. | CASE NO. 5:17-CV-02207-JAK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition Without Prejudice, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed without prejudice.

DATED: November 7, 2017

_____
HON. JOHN A. KRONSTADT
U.S. DISTRICT JUDGE